CLOSED

# U.S. District Court
## EASTERN DISTRICT OF NORTH CAROLINA (Southern Division)
## CRIMINAL DOCKET FOR CASE #: 7:22-mj-01030-RJ-1
### Internal Use Only

Case title: USA v. Brown  
Other court case number: 2:19-cr-151 Eastern District of Tennessee

Date Filed: 02/11/2022  
Date Terminated: 02/14/2022

Assigned to: Magistrate Judge Robert B. Jones, Jr

**Defendant (1)**

**Johnny Shane Brown**  
*TERMINATED: 02/14/2022*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Sentenced by the Court and escaped from state custody | |

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/10/2022 | | Arrest (Rule 5) of Johnny Shane Brown. (Grady, B.) (Entered: 02/11/2022) |
| 02/11/2022 | 1 | Rule 5(c)(3) Documents as to Johnny Shane Brown - Judgment entered in the Eastern District of Tennessee. (Attachments: # 1 Arrest Warrant) (Grady, B.) (Entered: 02/11/2022) |
| 02/11/2022 | | Set Hearing as to Johnny Shane Brown: Initial Appearance - Rule 40 set for 2/14/2022 at 10:30 AM in Wilmington Courtroom 100 before US Magistrate Judge Robert B. Jones, Jr. (Grady, B.) (Entered: 02/11/2022) |
| 02/14/2022 | 2 | Minute Entry for proceeding held before US Magistrate Judge Robert B. Jones, Jr.: Initial Appearance in Rule 5 Proceedings as to Johnny Shane Brown held on 2/14/2022 in Wilmington, |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Courtroom 100. Assistant US Attorney and Assistant Federal Public Defender present. Defendant requests court-appointed counsel. Court appoints Federal Public Defender. Defendant advised of rights, charge and maximum penalties. Government moves for detention. Defendant waives his right to identity and detention hearings. Court commits Defendant to US Marshal custody for transfer to Eastern District of Tennessee. (Court Reporter FTR Gold) (Grady, B.) (Entered: 02/14/2022) |
| 02/14/2022 | 🔒 | 3 | CJA 23 Financial Affidavit by Johnny Shane Brown. (Grady, B.) (Entered: 02/14/2022) |
| 02/14/2022 |  | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Johnny Shane Brown. Signed by US Magistrate Judge Robert B. Jones, Jr. on 2/14/2022. (Grady, B.) (Entered: 02/14/2022) |
| 02/14/2022 |  |  | ORAL MOTION for Detention filed by USA as to Johnny Shane Brown. (Grady, B.) (Entered: 02/14/2022) |
| 02/14/2022 |  | 5 | Waiver of Identity and Detention Hearings by Johnny Shane Brown. (Grady, B.) (Entered: 02/14/2022) |
| 02/14/2022 |  | 6 | COMMITMENT TO ANOTHER DISTRICT as to Johnny Shane Brown. Defendant committed to District of Eastern District of Tennessee. Signed by US Magistrate Judge Robert B. Jones, Jr. on 2/14/2022. (Grady, B.) (Entered: 02/14/2022) |
| 02/14/2022 | 🔒 |  | (Court only) ***Set CLOSED flag as to Johnny Shane Brown. ***Terminated defendant Johnny Shane Brown, pending deadlines and motions. ***Court paperwork sent via email to InterdistrictTransfer_TNED@tned.uscourts.gov. (Grady, B.) (Entered: 02/14/2022) |

# MINUTE SHEET
## - INITIAL APPEARANCE -

Date: 2/14/2022
Hearing Time: 10:35am – 10:42am
Location: Wilmington, Courtroom 100
Presiding Judge: USMJ Robert B. Jones, Jr.
Proceedings Recorded: FTR Gold (M:\\WIL\100\2022\February)

<u>Court Officers</u>
Courtroom Deputy: Babbs Grady
USPO: Kathleen Cesare, Travis Glabman
USMS: Brian Tyndall, Russ Sinni

## USA v. JOHNNY SHANE BROWN
## Case No. 7:22-mj-1030-RJ

Assistant U.S. Attorney present: Jay Redd

Defense Counsel present: Leza Driscoll

- Date of arrest: 2/10/2022 on a warrant out of the Eastern District of Tennessee
- CJA Financial Affidavit executed. FPD appointed.
- Defendant advised of rights, charges and maximum penalties.
- Government motions for detention.
- Defendant wishes to waive identity and detention hearings – waiver accepted.
- Court finds that the person present is the person named in the charging documents.
- Committed to US Marshal custody for transfer to charging district.

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

CJA-23 (Rev 3/21)

IN THE UNITED STATES ☑ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify Below)
FOR EDNC
AT
LOCATION NUMBER

IN THE CASE OF: US v. Brown

PERSON REPRESENTED (Show your full name): Johnny Shane Brown

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge: 7:22-mj-01030-RJ
District Court:
Court of Appeals:

CHARGE/OFFENSE (Describe if applicable & check box →) ☐ Felony ☑ Misdemeanor
Removal

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Do you have a job? ☐ Yes ☑ No
IF YES, how much do you earn per month? _____
Will you still have a job after this arrest? ☐ Yes ☐ No ☑ Unknown

**INCOME & ASSETS**

PROPERTY — Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ 0 | |
| Car/Truck/Vehicle | $ | |
| Boat | $ | |
| Stocks/bonds | $ | |
| Other property | $ | |

CASH & BANK ACCOUNTS
Do you have any cash, or money in savings or checking accounts? ☐ Yes ☑ No
IF YES, give the total approximate amount after monthly expenses $ _____

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? 0 — Has been in custody

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ | $ |
| Groceries | $ | $ |
| Medical expenses | $ | $ |
| Utilities | $ | $ |
| Credit cards | $ | $ |
| Car/Truck/Vehicle | $ | $ |
| Childcare | $ | $ |
| Child support | $ | $ |
| Insurance | $ | $ |
| Loans | $ | $ |
| Fines | $ | $ |
| Other | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON SEEKING REPRESENTATION): /s/ Johnny Brown
Date: 2-14-2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO.: 7:22-mj-1030-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| | ) | |
| JOHNNY SHANE BROWN | ) | |

Defendant having demonstrated eligibility for appointment of counsel at government expense, the Federal Public Defender is directed to provide representation in this action.

The court further determines that the defendant is unable to pay the fees of any witness, and pursuant to Federal Rule of Criminal Procedure 17(b), the Clerk shall issue a subpoena for any witness necessary to present an adequate defense to the pending charge or charges.

It is FURTHER ORDERED that the United States Marshal shall serve any subpoena presented to him in this case by the office of the Federal Public Defender, and shall pay the appropriate fees and expenses to witnesses so subpoenaed, in accordance with Fed. R. Crim. P. 17(b).

SO ORDERED this the 14th day of February, 2022.

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE No. 7:22-mj-1030-RJ

FILED IN OPEN COURT
ON 2-14-2022
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | WAIVER OF IDENTITY HEARING |
| | ) | AND DETENTION HEARING |
| JOHNNY SHANE BROWN | ) | |

I, Johnny Shane Brown, having been arrested by the United States Marshals pursuant to an arrest warrant, acknowledge that I have been informed by the Court of the reason for my arrest, the right to remain silent, the right to an identity hearing, a detention hearing and the right to be represented by counsel, all of which I fully understand. I hereby knowingly and voluntarily waive my right to an identity hearing and detention hearing in this matter.

_____
Defendant

_____
Defense Counsel

_____
ROBERT B. JONES, JR.
United States Magistrate Judge

2-14-2022
_____
Date

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

FILED IN OPEN COURT
ON 2-14-2022 PG
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 7:22-mj-1030-RJ |
| | ) | |
| Johnny Shane Brown | ) | Charging District's |
| *Defendant* | ) | Case No. 2:19-CR-151 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the __Eastern__ District of __Tennessee__,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: February 14 2022

_____
*Judge's signature*

Robert B. Jones, Jr., U.S. Magistrate Judge
*Printed name and title*